# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SHAMARI ROBERTS,**

    **Plaintiff,**

v.                                             Case No.: 8:21-cv-02613-VMC-JSS

**ARDENT MILLS, LLC and**
**MIKE JUNG,**

    **Defendants.**
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Shamari Roberts, and Defendants, Ardent Mills, LLC, and Mike Jung (collectively, the "Parties"), through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action in its entirety, with prejudice, as a result of settlement, each party to bear their own attorneys' fees and costs incurred in this case.

DATED this 11th day of October, 2022.

Respectfully submitted by:

| **THREE THIRTEEN LAW, PLLC** | **JACKSON LEWIS P.C.** |
|---|---|
| */s/ Mandi B. Clay* | */s/ Laura E. Prather* |
| **Mandi B. Clay, Esq.** | **Laura E. Prather, B.C.S.** |
| Florida Bar No.: 28808 | Lead Trial Counsel |
| 5408 Bruton Rd. | Florida Bar No.: 870854 |
| Plant City, FL 33565 | E-mail: laura.prather@jacksonlewis.com |
| mandi@threethirteenlaw.com | E-mail: nicole.villa@jacksonlewis.com |
| eservice@threethirteenlaw.com | **Chase H. Hale, Esq.** |
| Telephone: 813-530-9849 | Florida Bar No.: 1026400 |
| Facsimile: 813-200-3330 | E-mail: chase.hale@jacksonlewis.com |
| | E-mail: nicole.villa@jacksonlewis.com |
| *Attorney for Plaintiff* | E-mail: tampadocketing@jacksonlewis.com |
| | Wells Fargo Center |
| | 100 S. Ashley Drive, Suite 2200 |
| | Tampa, Florida 33602 |
| | Telephone:   813-512-3210 |
| | Facsimile:   813-512-3211 |
| | |
| | *Attorneys for Defendants* |

4870-3252-3064, v. 2